# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 18-05001-02-CR-SW-MDH |
| STEVEN RAMIREZ, aka RAMERIZ, | |
| Defendant. | |

## INFORMATION CHARGING PRIOR OFFENSE

COMES NOW the United States of America, by the United States Attorney for the Western District of Missouri and the undersigned Assistant United States Attorney, and pursuant to Title 21, United States Code, Section 851, files this Information charging defendant, **STEVEN RAMIREZ, aka RAMERIZ**, who was indicted in this case on January 23, 2018, in Count 1, with conspiracy to distribute 100 kilograms or more of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(B)(vii); and Count 2, with knowingly and intentionally possessing, with the intent to distribute, 100 kilograms or more of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vii); with having been previously convicted of the following offense:

1. Possession with Intent to Distribute Methamphetamine, United States District Court for the Central District of California; Case Number 2:99CR00718; Date of Conviction, March 27, 2000; 180 months' sentence;

which is a felony relating to narcotic drugs under the laws of the United States of America.

The effect of the prior conviction relating to controlled substances is that the defendant is subject to a mandatory minimum sentence of ten years imprisonment on Counts 1 and 2, and other punishments as set forth in Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

                                  Respectfully submitted,
                                  TIMOTHY A. GARRISON
                                  United States Attorney

By:    */s/ Randall D. Eggert*
        Randall D. Eggert, MoBar #39404
        Assistant United States Attorney
        901 St. Louis, Suite 500
        Springfield, Missouri 65806
        (417) 831 - 4406

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

                                  */s/ Randall D. Eggert*
                                  Randall D. Eggert
                                  Assistant United States Attorney