IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:18-CR-05001-MDH |
| | ) | |
| STEVEN RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's Motion for Compassionate Release. (Doc. 239). On May 9, 2018, Defendant pled guilty to one count of possession with intent to distribute 100 kilograms or more of marijuana in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vii). (Docs. 112, 114). On September 12, 2018, this Court sentenced Defendant to the statutory minimum of 120 months of imprisonment and eight years of supervised release thereafter. (Doc. 143). This statutory minimum was in place due to Defendant's prior conviction in 2000 of possession with intent to distribute methamphetamine in the United States District Court for the Central District of California. (Doc. 127 at ¶¶ 36, 64, 65).

Defendant informs this Court that he currently lives at the Alpha House in Springfield, Missouri and will be moved to home confinement as soon as he can find housing. (Doc. 239-1 at 5-6). Defendant's projected release date is April 1, 2024, less than three months from today's date. Defendant's current Motion argues that extraordinary and compelling reasons exist for Defendant's immediate release because his mother is in poor health and needs assistance, he endured harsh confinement conditions during the Covid-19 pandemic, and because of changes in law and opinion about marijuana. The Government opposes Defendant's release.

1

After careful consideration of the record before the Court, including the arguments contained in the Government's response, the Court hereby **DENIES** Defendant's Motion. The Court finds that the Defendant has not established that his condition, including his mother's health condition, is so extraordinary or compelling that he should be immediately released. This is particularly true in light of Defendant's current residence in a reentry center in Missouri, his approval for home confinement, and his April 2024 release date.

**IT IS SO ORDERED**.

DATED: January 18, 2024  /s/ Douglas Harpool
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**